# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 14, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

162092(46)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

WAYNE FILIZETTI, Personal Representative
of the ESTATE OF AMARAH FILIZETTI and
Next Friend of LAILA FILIZETTI and MELISSA
FILIZETTI, and STACEY FILIZETTI,
      Plaintiffs-Appellants,

v

GWINN AREA COMMUNITY SCHOOLS,
      Defendant/Cross-Plaintiff/
      Cross-Defendant-Appellee,
and

WEST EDUCATIONAL LEASING, INC., doing
business as PROFESSIONAL CONTRACT
MANAGEMENT,
      Defendant,
and

TRACY BELUSAR, ANTHONY J. FILIZETTI,
and ROBERT SOYRING,
      Defendants-Appellees,
and

GWINN AREA CLEANING AND
MAINTENANCE, INC.,
      Defendant/Cross-Defendant/
      Cross-Plaintiff.
_____/

SC: 162092
COA: 344878
Marquette CC: 16-054781-NO

On order of the Chief Justice, the motions of appellee Gwinn Area Community Schools to extend the time for filing its answer and for immediate consideration are GRANTED. The answer will be accepted as timely filed if submitted on or before December 7, 2020.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 14, 2020



Clerk